**Table of Contents for Exhibits**

| Exhibit No. | Description |
|---|---|
| Exhibit A | Declaration of Shiela Corley |
| Exhibit 1 | A letter dated May 6, 2025 which USDA employee Gina Brand sent to each State Agency except those for Guam and the U.S. Virgin Islands. |
| Exhibit 2 | A letter dated July 9, 2025, which United States Secretary of Agriculture Brooke L. Rollins sent to each State Agency except those for Guam and the U.S. Virgin Islands. |
| Exhibit 3 | A letter dated July 23, 2025, which USDA employee Gina Brand sent to each State Agency except those for Guam and the U.S. Virgin Islands. |
| Exhibit 4 | A letter dated July 25, 2025, which USDA Deputy Under Secretary Patrick A. Penn sent to each State Agency except those for Guam and the U.S. Virgin Islands. |
| Exhibit 5 | A letter dated August 12, 2025, which USDA Deputy Under Secretary Patrick A. Penn sent to Non-Compliant States except the District of Columbia. |
| Exhibit 6 | A letter dated August 20, 2025, which USDA Deputy Under Secretary Patrick A. Penn sent to Non-Compliant States except the District of Columbia. |
| Exhibit 7 | A letter dated November 24, 2025, which USDA Deputy Under Secretary Patrick A. Penn sent to Non-Compliant States. |
| Exhibit 8 | A letter dated December 8, 2025, which Non-Compliant States sent to counsel for USDA. |
| Exhibit 9 | A letter dated December 23, 2025, which USDA Deputy Under Secretary Patrick A. Penn sent to Non-Compliant States. |
| Exhibit 10 | A letter dated February 17, 2026, which USDA sent to Non-Compliant States. |
| Exhibit 11 | A letter dated February 25, 2026, which Non-Compliant States sent to counsel for USDA. |
| Exhibit 12 | A letter dated March 10, 2026, which USDA sent to Non-Compliant States. |
| Exhibit 13 | An email correspondence between Non-Compliant States and counsel for USDA, dated March 10, 2026 to March 11, 2026. |
| Exhibit 14 | A letter dated March 25, 2026, which Non-Compliant States sent to counsel for USDA. |
| Exhibit 15 | A letter dated March 27, 2026, which USDA sent to Non-Compliant States. |

| Exhibit 16 | A letter dated March 30, 2026, which Non-Compliant States sent to counsel for USDA. |
|---|---|
| Exhibit 17 | A letter dated May 15, 2026, which USDA addressed to Defendants, who acknowledged receipt. |
| Exhibit 18 | A letter with attached data and security protocols and data elements dated May 22, 2026, which Non-Compliant States sent to USDA. |