## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          **Plaintiff,**

v.

**MICHIGAN DEPARTMENT OF HEALTH AND HUMAN SERVICES**; and **ELIZABETH HERTEL** in her Official Capacity as Director of the Michigan Department of Health and Human Services,

          **Defendants.**

**Case No. 1:26-cv-1950-HYJ-MV**

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that Plaintiff United States of America, through counsel, pursuant to Fed. R. Civ. P. 65(a), hereby moves the Court for a preliminary injunction against the Michigan Department of Health and Human Services and its Director, Elizabeth Hertel, ("Defendants") to comply with a lawful demand for Supplemental Nutrition Assistance Program records made by the U.S. Department of Agriculture in its Third Records Request dated May 15, 2026.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed contemporaneously herewith, all files, records, and pleadings in this action, and any further evidence or argument that the Court may properly receive at or before the hearing.

Dated: July 13, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TYLER BECKER
Counsel to the Assistant Attorney General
Civil Division

LISA K. HSIAO
Acting Director
Civil Division, Enforcement & Affirmative
Litigation Branch

*s/Kyu Yun Kim*
KYU YUN KIM
COLIN W. TRUNDLE
CADESBY B. COOPER
DANIEL J. PETROKAS
Trial Attorneys
United States Department of Justice
Civil Division, Enforcement & Affirmative
Litigation Branch
450 5th Street, N.W.
Washington, DC 20001
Tel: (202) 718-8160
kyu.yun.kim@usdoj.gov

*Counsel for Plaintiff United States of America*