UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHIGAN DEPARTMENT OF HEALTH & HUMAN SERVICES; and AMY EPKEY, in her Official Capacity as Acting Director of the Michigan Department of Health & Human Services,

Defendants.

No. 1:26-cv-01950

HON. HALA Y. JARBOU

MAG. MAARTEN VERMAAT

---

**STIPULATED ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (ECF No. 1)**

Defendants requested, and Plaintiff agreed, that Defendants' deadline to respond to Plaintiff's complaint be extended to 14 days after this Court's decision on Plaintiff's motion for preliminary injunction. (ECF No. 11.) Pursuant to a stipulated order dated July 14, 2026, Defendants' deadline to respond was August 28, 2026. (ECF No. 12.) By entering into this stipulation, Defendants waive any defenses based on this extension.

THEREFORE, in accordance with the above stipulation, Defendants' deadline for responding to Plaintiff's complaint, (ECF No. 1), is extended to **14 days**

after an order from this Court resolving Plaintiff's motion for preliminary injunction.

(ECF No. 11.)

**IT IS SO ORDERED**.

Dated: August 27, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge

Stipulated and Approved for Entry:

*/s/ Daniel J. Ping*
Daniel J. Ping (P81482)
*Attorney for Defendants*
Michigan Dep't of Attorney General
Civil Rights & Special Initiatives
Division
525 W. Ottawa St.
P.O. Box 30736
Lansing, MI 48909
(517) 241-1050
Pingd@michigan.gov

*/s/ Kyu Yun Kim*
Kyu Yun Kim
*Attorney for Plaintiffs*
U.S. Department of Justice
Enforcement & Affirmative Litigation
450 5th St., NW
Washington, DC 20001
(202) 742-7112
kyu.yun.kim@usdoj.gov