UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHIGAN DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

Defendants.
_______________________________/

Case No. 1:26-cv-1950

Hon. Hala Y. Jarbou

**ORDER**

In accordance with the opinion entered this date:

**IT IS ORDERED** that Defendants' motion to stay the case (ECF No. 24) is **GRANTED**.

**IT IS FURTHER ORDERED** that all proceedings in this case are **STAYED** pending the outcome of *California v. USDA*, No. 25-cv-6310 (N.D. Cal. filed July 28, 2025). Within seven days of a final judgment or settlement in that case, Plaintiff shall file a status report in this case indicating whether it intends to proceed with this litigation.

**IT IS FURTHER ORDERED** that Plaintiff's motion for a preliminary injunction (ECF No. 11) is **DENIED WITHOUT PREJUDICE** as moot.

**IT IS FURTHER ORDERED** that this case is **ADMINISTRATIVELY CLOSED** until further order of this Court.

Dated: October 13, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE